United States District Court
Central District of California

UNITED STATES OF AMERICA vs.  
Defendant CARLOS MEDINA  
Residence 535 N. Alameda Street  
Los Angeles, CA 90012

**ORIGINAL**

CR 00-500 FMC  
Social Security # 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  
Mailing Address 931 Lancewood Avenue  
Rialto, CA 92376

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on: **April 17, 2001**
Month / Day / Year

**COUNSEL:**
___ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
**X** WITH COUNSEL: William S. Kroger, Jr., retained

**PLEA:**
**X** GUILTY, and the Court being satisfied that there is a factual basis for the plea.
___ NOLO CONTENDERE     ___ NOT GUILTY

**FINDING:**
There being a verdict of ___ GUILTY on ___, defendant has been convicted as charged of the offense(s) of:

21 USC 846: Conspiracy to Possess with Intent to Distribute, and to Distribute Methamphetamine (Count 1), Class A Felony

**JUDGMENT AND PROBATION/COMMITMENT ORDER:**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: 108 (one hundred eight) months on Count 1 of the Indictment. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 (five) years under the following terms and conditions: 1) The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318 and obey all laws; 2) The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision; 3) During the period of community supervision the defendant shall pay the special assessment/restitution/fine in accordance with this judgment's orders pertaining to such payment; 4) The defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Officer while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the U.S. Probation Office, located at: United States Court House: 312 No. Spring Street, Room 600, Los Angeles, CA, 90012.
It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately. Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine. The Court recommends that the defendant be found eligible for the 500 Hour Residential Drug Abuse Program (RDAP) and incarceration in a minimum or medium-level security facility in Southern California. The Court hereby makes its referral to the Office of the Attorney General for consideration of the defendant's request that he not be deported at the end of service of his sentence, pursuant to INS code section 240(b)(1).
In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.
___ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge _____ FLORENCE-MARIE COOPER

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Dated/Filed APR 18 2001
Month / Day / Year

Sherri R. Carter, Clerk
By _____
Alicia Mason, Deputy Clerk

(Stamps: ENTERED APR 19 2001 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY; ENTER ON ICMS APR 19 2001; 80)

# STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. The defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. The defendant shall support his or her dependents and meet other family responsibilities;

6. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. The defendant shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. The defendant shall permit a probation officer to visit him or her ant any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make notifications and to conform the defendant's compliance with such notification requirement;

15. The defendant shall not possess a firearm or other dangerous weapon;

16. The defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

The conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____  BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

DATED: APR 18 2001

CLERK, U.S. DISTRICT COURT

BY: _____
Alicia Mason, Courtroom Deputy Clerk

AO-245-B (01/90)      JUDGMENT AND PROBATION/COMMITMENT ORDER